IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BARRY RENFOLD COOLEY,<br><br>　　　　　　　Defendant. | **8:02CR353**<br><br>**ORDER** |

This matter is before the Court on the Defendant's pro se motion to reconsider (Filing No. 784) filed under Federal Rules of Civil Procedure 59(e) and 4.

IT IS ORDERED:

1. The Defendant's motion to reconsider (Filing No. 784) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

Dated this 19th day of October, 2012.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge