# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BARRY RENFOLD COOLEY, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se Motion Requesting Permission to Amend and/or Supplement Motion to Vacate, Set Aside or Correct Sentence (Filing No. 798).

IT IS ORDERED:

1. The Defendant's Motion Requesting Permission to Amend and/or Supplement Motion to Vacate, Set Aside or Correct Sentence (Filing No. 798) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 9th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge